**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF WISCONSIN**

| | | |
|---|---|---|
| JANE DOE,<br><br>Plaintiff,<br><br>v.<br><br>JOSHUA T. SYLVESTER, and<br>CITY OF KENOSHA,<br><br>Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | Case No: 2:25-cv-1243 |

---

STIPULATION FOR DISMISSAL

---

In accordance with Fed. R. Civ. P. 41(a)(1)(A)(ii), the parties, by their counsel, stipulate that the Court may, without further notice to either party, enter an order dismissing the complaint in the above-captioned matter in its entirety on the merits, with prejudice and without costs to either party.

Dated: October 5, 2026

*Attorneys for Plaintiff Jane Doe*

*Electronically signed by Keenan J. Saulter*
Keenan J. Saulter
SAULTER LAW P.C.
20200 Governor's Drive, Suite 223
Olympia Fields, IL 60461
Email: kjs@saulterlaw.com
708.573.0060

*Attorneys for Defendant Joshua T. Sylvester*

*Electronically signed by Colin J. Casper*
Colin J. Casper (SBN 1084706)
KASDORF, LEWIS & SWIETLIK, S.C.
One Park Plaza – 5th Floor
11270 West Park Place
Milwaukee, WI 53224
Email: ccasper@kasdorf.com
414.577.4000

*Attorneys for Defendant City of Kenosha*

*Electronically signed by Kyle W. Engelke*
Kyle W. Engelke (SBN 1088993)
James B. Woywod (SBN 1094263)
STAFFORD ROSENBAUM LLP
222 West Washington Avenue, Suite 900
Post Office Box 1784
Madison, WI 53701-1784
Email: kengelke@staffordlaw.com
jwoywod@staffordlaw.com
608.256.0226